IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00529-REB-OES

BARBARA STEPNEY,

Plaintiff(s),

vs.

INTEGON NATIONAL INSURANCE COMPANY,

Defendant(s).

---

ORDER DENYING WITHOUT PREJUDICE
PLAINTIFF'S MOTION TO AMEND

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  September 20, 2005

For the reasons stated on the record during the hearing of September 20, 2005, and having found that plaintiff has at this stage failed to allege facts that support her claim that defendant's conduct was willful and wanton, it is ORDERED that Plaintiff's Motion to Amend Complaint With Exemplary Damages [Doc. 21-1, filed August 13, 2005] is DENIED WITHOUT PREJUDICE.

In the event that during discovery plaintiff obtains facts that reflect willful and wanton conduct by defendant, she will be permitted to re-file her motion to amend.

Dated at Denver, Colorado, this day of:  September 20, 2005

BY THE COURT:

s/ O. Edward Schlatter

_____
O. Edward Schlatter

United States Magistrate Judge