**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0529-REB-OES

BARBARA STEPNEY,

      Plaintiff,

v.

GMAC INSURANCE COMPANY ONLINE, INC.,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On November 4, 2005, the parties filed a **Stipulation for Dismissal With Prejudice** [#47]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#47, filed on November 4, 2005, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE**; and

3. That the parties shall pay their own attorney fees and costs.

Dated November 4, 2005, at Denver, Colorado.

                                BY THE COURT:

                                s/ Robert E. Blackburn
                                Robert E. Blackburn
                                United States District Judge